UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JULIUS RUGGIERE,

              *Plaintiff,*

-against-

MICHAEL BLOOMBERG, Mayor, City of
New York; ROBERT C. NORTH, Chief Actuary,
City of New York; ASSISTANT DIRECTOR,
legal division, N.Y.C.E.R.S.; WILLIAM C.
THOMPSON, Comptroller, City of New York;
DIANE ALESSANDRO, Executive Director,
N.Y.C.E.R.S,

              *Defendants.*
----------------------------------------------------------------X

JUDGMENT
09-CV-2160 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2009 ★
BROOKLYN OFFICE

     A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on October 9, 2009, dismissing plaintiff's complaint for failure to state a claim upon which relief can be granted and lack of subject matter jurisdiction; and declining to grant the plaintiff leave to amend the complaint; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted and lack of subject matter jurisdiction; and that the Court declines to grant the plaintiff leave to amend the complaint.

Dated: Brooklyn, New York
       October 13, 2009

                                s/Robert C. Heinemann
                                Robert C. Heinemann
                                Clerk of Court

                                By:
                                Terry Vaughn
                                Chief Deputy of
                                Court Operations